JOHN B. MAIRS et al., Appellants, *v.* ALLAN C. STEVENS et al., as Successor Trustees of a Certain Mortgage Guaranteed by Westchester Title and Trust Company, et al., Respondents.

Argued April 10, 1945; decided May 17, 1945.

*William C. Young* for appellants.

*Thomas F. S. Connolly* for David J. Kelly, Jr., and another, respondents.

*Frederick B. Van Kleeck, Jr.,* for Allan C. Stevens and others, as successor trustees, respondents.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, LEWIS, CONWAY, DESMOND, THACHER and DYE, JJ.